UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUCHELL CINQUE MAGEE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-2176 (ESH) |
| ) | |
| **ORRIN HATCH, U.S. Senator,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**This is a final appealable Order**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　United States District Judge

Date: December 10, 2007